UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTWAN SEASE, SR., : | |
|     Plaintiff, : | No. 3:17-cv-770 (SRU) |
| : | |
| v. : | |
| : | |
| LIEUTENANT PAUL FRENIS, ET AL., : | |
|     Defendants. : | |

# **ORDER**

The plaintiff, Antwan Sease, Sr. ("Sease"), is currently incarcerated at MacDougall-Walker Correctional Institution. He initiated this action by filing a civil rights complaint against Lieutenant Paul Frenis and Correctional Officers Bruno A. Pacheco, C. Rinaldi, B. Camacho, S. Vescrera, Mooney, Ostonio, Karisen 1, Karisen 2, McCannon, John Doe 1, John Doe 2, John Doe 3 and John Doe 4. *See* Compl., ECF No. 1.

A review of the complaint reflects that it is not dated or signed by Sease. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Because the complaint is unsigned, it does not comply with Fed. R. Civ. P. 11. Furthermore, Local Rule 10 requires that the complaint and all other pleadings be signed by the person or attorney who prepared the complaint or other pleading and include the date the document was prepared. *See* D. Conn. L. Civ. R. 10.

Accordingly, within twenty days of the date of this order, Sease shall file an amended complaint that is signed and dated. The Clerk is directed to send Sease a copy of the complaint, ECF No. 1, and an amended complaint form with a copy of this order. If Sease fails to file a

1

signed amended complaint within the time specified, the case will be dismissed.

SO ORDERED at Bridgeport, Connecticut this 19th day of October 2017.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge